STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3695
Fax: (510) 637-3724
E-mail: thomas.green@usdoj.gov

Attorneys for United States of America

FILED

Aug 16 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTOINE GARDNER,<br>Defendant. | CASE NO. 4:22-mj-71077-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 16, 2022, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

- ■ Indictment
- □ Information
- □ Criminal Complaint
- □ Other (describe)

pending in the District of Nevada, Case Number 2:22-CR-169-JAD-DNW. In that case (copy of indictment attached), the defendant is charged with violating 18 U.S.C. § 371 – Conspiracy to Make False Statements in Acquisition of Firearms, 18 U.S.C. § 922(a)(1)(A) – Engaging in Business of

Dealing Firearms without a License; and two counts 18 U.C.S §§ 922(a)(6), 924(a)(2), and 2 – False Statement During Purchase of Firearms, Aiding and Abetting.

DESCRIPTION OF CHARGES:

18 U.S.C. § 371 – Conspiracy to Make False Statements in Acquisition of Firearms

18 U.S.C. § 922(a)(1)(A) – Engaging in Business of Dealing Firearms without a License

18 U.C.S §§ 922(a)(6), 924(a)(2), and 2 – False Statement During Purchase of Firearms, Aiding and Abetting (two counts)

PENALTIES:

18 U.S.C. 371 – Conspiracy to Make False Statements in Acquisition of Firearms; and 18 U.S.C. § 922(a)(1)(A) – Engaging in Business of Dealing Firearms without a License

Maximum Penalties: no more than 5 years in imprisonment, $250,000 fine, or both, 3 years of supervised release and a $100 special assessment for each count.

18 U.C.S §§ 922(a)(6), 924(a)(2), and 2 – False Statement During Purchase of Firearms, Aiding and Abetting (two counts):

Maximum Penalties: For each count: Statutory maximum term of imprisonment of ten years, $250,000 fine, or both, 3 year's supervised release and a $100 special assessment for each count.

Date: August 16, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 27 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLENE DENISE TURNER,<br><br>and<br><br>ANTOINE GARDNER,<br><br>Defendants. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:22-CR- 164-JAD-BNW<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 371 – Conspiracy to Make False Statements in the Acquisition of Firearms;<br><br>18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing in Firearms Without a License;<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statements in the Acquisition of Firearms; and<br><br>18 U.S.C. § 2 – Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Conspiracy to Make False Statements the in Acquisition of Firearms
(18 U.S.C. § 371)

From a date unknown to the grand jury, but not later than on or about March 20, 2021, and continuing up to and including on or about June 1, 2021, in the State and Federal District of Nevada,

**CHARLENE TURNER, and**
**ANTOINE GARDNER,**

defendants herein, knowingly and willfully combined, conspired, confederated and agreed with each other and with others known and unknown to the grand jury, to commit an offense against the United States, namely: False Statements the in Acquisition of Firearms, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>Overt Acts in Furtherance of the Conspiracy</u>

In furtherance of the conspiracy and to accomplish its objects, at least one of the co-conspirators committed and caused to be committed, in the District of Nevada, at least one of the following overt acts among others:

1) Between March 20, 2021, and June 1, 2021, CHARLENE TURNER agreed to purchase firearms on behalf of ANTOINE GARDNER and others.
2) On or about March 20, 2021, CHARLENE TURNER purchased six (6) firearms from S&S Wholesale, a Federal Firearms Licensee ("FFL").
3) When purchasing the firearms TURNER represented in ATF Form 4473 that she was the "true and actual purchaser" when in fact, she was purchasing the firearms for ANTOINE GARDNER and others.
4) On or about March 26, 2021, CHARLENE TURNER returned to the FFL to take possession of the above six (6) firearms she purchased on March 20, 2021.
5) On or about May 22, 2021, CHARLENE TURNER purchased twenty-three (23) firearms from an FFL.
6) When purchasing the firearms TURNER represented in ATF Form 4473 that she was the "true and actual purchaser" when in fact, she was purchasing the firearms for ANTOINE GARDNER and others.

7) On or about June 1, 2021, CHARLENE TURNER returned to the FFL to take possession of the above twenty-three (23) firearms purchased on May 22, 2021.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Beginning on or about March 20, 2021, and continuing up to and including on or about June 1, 2021, in the State and Federal District of Nevada,

**CHARLENE TURNER,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THREE**
False Statement During Purchase of Firearms
(18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about March 20, 2021, in the State and Federal District of Nevada,

**CHARLENE TURNER, and**
**ANTOINE GARDNER,**

defendants herein, aiding and abetting one another, in connection with the acquisition of firearms, that is:

1. an SCCY CPX 1, 9x19mm semi-automatic pistol, serial number C122843;
2. a Smith & Wesson M&P9 Shield 9mm semi-automatic pistol, serial number NJU6072;
3. a Smith & Wesson Bodyguard .380 cal. semi-automatic pistol, serial number KHV7965;

4. an ABC Rifle Co. ABC-15, 5.56mm semi-automatic pistol, serial number 77-6064;

5. a Smith & Wesson SD9 VE, 9mm semi-automatic pistol, serial number FDB9789; and

6. a Taurus G3C, 9mm semi-automatic pistol, serial number ACB512473

from a licensed dealer of firearms, S&S Wholesale, a Federal Firearms Licensee ("Dealer") within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to the Dealer, which statements were intended and likely to deceive the Dealer as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that CHARLENE TURNER did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein CHARLENE TURNER represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendants well knew, CHARLENE TURNER was acquiring the firearms on behalf of ANTOINE GARDNER and others; and for sale to third-parties, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT FOUR

False Statement During Purchase of a Firearm
(19 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about May 22, 2021, in the State and Federal District of Nevada,

**CHARLENE TURNER, and**
**ANTOINE GARDNER,**

defendants herein, aiding and abetting one another, in connection with the acquisition of firearms, that is:

1. a Smith & Wesson M&P Shield .380 cal., semi-automatic pistol, serial number NKF5840;

2. a Ruger LCP II .380 cal., semi-automatic pistol, serial number 380641942;

3. a Smith & Wesson Bodyguard, .380 cal., semi-automatic pistol, serial number KHX8029;

4. a Smith & Wesson Bodyguard, .380 cal., semi-automatic pistol, serial number KHY4048;

5. a Smith & Wesson Bodyguard, .380 cal., semi-automatic pistol, serial number KHY2331;

6. a Smith & Wesson SD9 FDE, 9mm semi-automatic pistol, serial number DFE7487;

7. a Smith & Wesson SD9 VE, 9mm semi-automatic pistol, serial number FDD9074;

8. a Beretta APX, 9mm semi-automatic pistol, serial number ACX049033;

9. a Taurus G3, 9mm semi-automatic pistol, serial number ACA456619;

10. a Ruger Security-9, 9mm semi-automatic pistol, serial number 384-26905;

11. a Taurus G3C 9mm, semi-automatic pistol, serial number ACD758976;

12. a Taurus G3C 9mm, semi-automatic pistol, serial number ABN351265;

13. a Taurus G2C 9mm, semi-automatic pistol, serial number ACD777623;

14. a Mossberg MC1SC, 9mm, semi-automatic pistol, serial number 050015CP;

15. a Taurus G2C 9mm, semi-automatic pistol, serial number ACD768750;

16. a SCCY CPX-2, 9mm, semi-automatic pistol, serial number C144989;

17. a Taurus 605 .357 cal., revolver, serial number ACD762383;

18. a Springfield XDS, .45 cal., semi-automatic pistol, serial number BA289707;

19. a Springfield XDS, .45 cal., semi-automatic pistol, serial number BA297538;

20. a Smith & Wesson M&P, .40 cal., semi-automatic pistol, serial number NKB7105;

21. a Smith & Wesson M&P, .40 cal., semi-automatic pistol, serial number NKH9518;

22. a Best Arms BA912, semi-automatic Bullpup 12-gauge shotgun, serial number 21BP-00481; and

23. an ABC Rifle Co. ABC-15, 5.56mm semi-automatic pistol, serial number 77-7807

from a licensed dealer of firearms, S&S Wholesale, a Federal Firearms Licensee ("Dealer") within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to the Dealer, which statements were intended and likely to deceive the Dealer as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that CHARLENE TURNER did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein CHARLENE TURNER represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendants well knew, CHARLENE TURNER was acquiring the firearms on behalf of ANTOINE GARDNER and others; and for sale to third-parties, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**DATED:** this 27th day of July 2022.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON FRIERSON
United States Attorney

RANDOLPH J. ST. CLAIR
Assistant United States Attorney

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
ANTOINE GARDNER
*Defendant*

Case No. 2:22-cr- 164 JAD BNW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANTOINE GARDNER, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 ~ Conspiracy to Make False Statements in the Acquisition of Firearms
18 U.S.C. §§ 922(a)(6) and 924(a)(2) ~ False Statements in the Acquisition of Firearms
18 U.S.C. § 2 ~ Aiding and Abetting

Date: 7/27/2022
Las Vegas, NV

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

## Return

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

______________________
*Arresting officer's signature*

______________________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ANTOINE GARDNER

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: